WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WENDY L. JOHNSON,  )  | CASE NO.: **EDCV 09-01142 PLA** |
| Plaintiff,  ) | ORDER AWARDING EAJA FEES |
| v.  ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security,  ) | |
| Defendant.  ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of ONE THOUSAND NINE HUNDRED NINETY-SIX DOLLARS and no/cents ($1,996.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:   July 23, 2010

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

1